STATE of Missouri, Respondent,

v.

Joseph A. CORNEJO, Appellant.

Joseph A. CORNEJO, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 44552, WD 46141.

Missouri Court of Appeals,
Western District.

April 6, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1993.

Application to Transfer Denied
June 29, 1993.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM:

Consolidated appeal from a conviction of robbery in the second degree, § 569.030, RSMo 1986, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 30.25(b) and 84.16(b).